IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID ALEXANDER LITTELL A/K/A DAWOOD ABDULLAH IBA LITTELL, | § § § | |
| Plaintiff, | § § | |
| V. | § | No. 3:15-CV-2362-D |
| LUPE VALDEZ, | § § § | |
| Defendant. | § § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the findings, conclusions, and recommendation of the magistrate judge, and plaintiff's objections, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

**SO ORDERED**.

February 24, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE